IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEANA N. WIEHL                                                                    PLAINTIFF

VS.                           NO. 3:11-cv-140 BRW

MILLER TRANSPORTS, INC. and
RANDY S. MCENTIRE                                       DEFENDANTS

## ORDER OF DISMISSAL

The Court is advised that plaintiff and defendants have entered into a settlement agreement, and that plaintiff's cause of action against defendants should be dismissed with prejudice.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that plaintiff's complaint against defendants and all of plaintiff's causes of action as to defendants should be, and hereby are, dismissed, with prejudice.

_____
HONORABLE BILLY ROY WILSON

Date: 12/20/2011

Approved as to form:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

By _____
    Jerry J. Sallings (84134)
    Attorneys for Defendants

THE RHODEN FIRM
1661 International Place Drive, Suite 400
Memphis, TN 38120

By _____
    Mr. Garry Rhoden
    Attorneys for Plaintiff

948966-v1